```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

TRISTAR INVESTORS, INC.,        :
                                :
     Plaintiff,                 :
                                :
     v.                         :    CASE NO.  3:12MC162(AWT)
                                :
AMERICAN TOWER CORP.,           :
                                :
     Defendant.                 :
```

RULING ON MOTION TO COMPEL

The plaintiff, TriStar Investors, Inc. ("TriStar") brought suit against American Tower Corp.("American Tower") et al. in the District Court for the Northern District of Texas. American Tower thereafter served a subpoena duces tecum on Wood Creek Capital Partners, LLC ("Wood Creek"), a nonparty, in the District of Connecticut. Pending before this court is American Tower's motion to compel Wood Creek to comply with its subpoena. (Doc. #1.) Upon careful consideration of the arguments made by counsel during oral argument and in their papers, the court rules as follows:

1. Requests for Production 7 and 8 are granted.

2. Request for Production 14 is denied as vague and overbroad.

3. Request for Production 13 is granted.

4. Request for Production 24 is granted.

5. Request for Production 15 is granted.

6. Request for Production 17 is granted in part only as to Wood Creek's analysis of its TriStar investment. The remainder of the request is denied as overbroad.

7. Requests for Production 19 and 20 are granted in part only as

to documents relating to TriStar.

8.   Request for Production 4 is denied without prejudice as overly broad.

9.   Requests for Production 11 and 12 are denied as moot.

10.  Request for Production 18 is granted.

Wood Creek seeks attorney's fees on the grounds that American Tower's motion was premature. On the record before the court, the request for fees incurred in responding to the motion to compel is denied.

Pursuant to D. Conn. L. Civ. R. 37(d), Wood Creek's "compliance [with the court's order] shall be made within fourteen days of the filing of this order."

SO ORDERED at Hartford, Connecticut this 22nd day of May, 2013.

```
            _____/s/_____
            Donna F. Martinez
            United States Magistrate Judge
```